Decided November 6, 2007

STATE OF CONNECTICUT *v.* GLENN L. DOYLE

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 4 (AC 25460), is denied.

*James B. Streeto,* assistant public defender, in support of the petition.

*Marjorie Allen Dauster,* senior assistant state's attorney, in opposition.

Decided November 6, 2007

BNY WESTERN TRUST *v.* DIANE L. ROMAN ET AL.

The petition by the intervening defendant Louis Roman for certification for appeal from the Appellate Court, 102 Conn. App. 265 (AC 27574), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Louis Roman,* pro se, in support of the petition.

*Michele D. Sensale,* in opposition.

Decided November 15, 2007